# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00110-CV

**Ian Hancock and Denise Davis, Appellants**

**v.**

**Advanced Indoor Remediation LLC, d/b/a Air by EMC, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-07-003245, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Ian Hancock and Denise Davis have filed Appellants' Unopposed Motion to Dismiss

Appeal.  We grant the motion and dismiss this appeal.

G. Alan Waldrop, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Dismissed on Appellants' Motion

Filed:   July 14, 2009